**WIRTZ LAW APC**
Richard M. Wirtz (SBN 137812)
Amy R. Rotman (SBN 286128)
4370 La Jolla Village Drive, Suite 800
San Diego, CA 92122
Telephone: (858) 259-5009
Email: eservice@wirtzlaw.com

Attorneys for Plaintiff MICHELLE J. WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE J. WHITE,** | Case No.: 5:22-cv-00954-BLF |
| Plaintiff, | **STATUS REPORT RE: DISMISSAL** |
| vs. | |
| **FCA US LLC, a Delaware Limited Liability Company,** | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Plaintiff Michelle J. White ("Plaintiff") requests that the Court retain full jurisdiction over this action and not dismiss the matter until the terms of the parties' settlement agreement are performed, all amounts owed to Plaintiff and Plaintiff's counsel are received, and a stipulated dismissal under Rule 41 is filed.

Plaintiff submits the following updated status report:

1. The Court granted Plaintiff's Motion for Attorney's Fees, Costs, and Expenses ("MAF") on September 20, 2024. (Dkt 64.) FCA is ordered to pay $64,393.55 in fees, costs, and expenses. The Court's order did not include a deadline for payment.

2. FCA has not yet paid the amount ordered.

3. The parties' settlement agreement included an agreement that the case will not be dismissed until FCA pays attorneys' fees, costs, and expenses. (Dkt 57-2, page 148, ¶ 8.)

Plaintiff therefore requests the Court continue the dismissal date to October 20, 2024, 30 days from the date the Court granted the MAF, to allow FCA time to pay the amount ordered. If FCA pays this amount before October 20, 2024, we will file the appropriate dismissal.

Dated:  September 26, 2024                                    **WIRTZ LAW APC**

                                                              By:  /s/ Amy R. Rotman
                                                                   Richard M. Wirtz
                                                                   Amy R. Rotman
                                                                   Attorneys for Plaintiff