**WIRTZ LAW APC**
Richard M. Wirtz (SBN 137812)
Amy R. Rotman (SBN 286128)
4370 La Jolla Village Drive, Suite 800
San Diego, CA 92122
Telephone: (858) 259-5009
Email: eservice@wirtzlaw.com

Attorneys for Plaintiff MICHELLE J. WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE J. WHITE,<br><br>  Plaintiff,<br><br>  vs.<br><br>FCA US LLC, a Delaware Limited Liability Company,<br><br>  Defendant. | Case No.: 5:22-cv-00954-BLF<br><br>**[PROPOSED] ORDER RE: DISMISSAL** |

**[PROPOSED] ORDER**

The Court hereby continues the Dismissal Date to October 20, 2024, 30 days from the Court's ruling on Plaintiff's Motion for Attorney's Fees, Costs, and Expenses.

Plaintiff shall file a dismissal no later than October 19, 2024. If no dismissal is filed, the Court deems the matter dismissed at that time.

Until the Dismissal Date, the Court retains full jurisdiction over this action.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE